COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number: 01-13-00632-CR

Style: Israel Castillo

**v** The State of Texas

Date motion filed[*]: February 25, 2014

Type of motion: Motion for extension of time to file reporter's record

Party filing motion: Court reporter

Document to be filed: Reporter's record

If motion to extend time:

Original due date: October 30, 2013

Number of extensions granted: 1 Current Due date: February 14, 2014

Date Requested: March 25, 2014

Ordered that motion is:

☐ Granted

If document is to be filed, document due:

☐ No further extensions of time will be granted

☑ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

**The record was originally due on October 30, 2013. On January 28, 2014, we granted the reporter's request for extension and informed the reporter that no further extensions would be granted. Accordingly, the motion is denied. If the record is not filed within 10 days of the date of this order, we may require the court reporter to appear and show cause why the record has not been filed.**

Judge's signature: /s/ Sherry Radack

☑ Acting individually ☐ Acting for the Court

Panel consists of _____

Date: March 4, 2014

November 7, 2008 Revision